*Vide* 3 *Burr.* 1292 *to* 1304. *Comb.* 209. *Runnington on Ejectment,* 72. *Buller* 95.

Motion granted.

## Berry who is impleaded with Bushbee *ads*. Elles and others, Assignees of the Sheriff of New-York.

MOTION by *Boyd*, to ftay proceedings on bail bond. It appeared that the *capias* in the original fuit had been returned in January term laft, and that a declaration was filed the 14th of June following; no bail to the action then being put in. Procefs iffued on the bail bond in the laft vacation, and on the 10th of Auguft, the defendant was arrefted thereon. It alfo appeared that the notice of this motion was accompanied by an offer of good bail and a *cognovit actionem.*

*Colden* oppofed the motion, on the ground that the plaintiffs had now loft a trial in the original action for want of bail.

*Per Cur.* The plaintiffs may have loft a trial, but they have been negligent on their part. They fhould have put the bail bond in fuit in January vacation. It is not a lofs of trial alone, which will prevent our interfering to relieve in thefe cafes, but that lofs muft be without neglect on the part of

the plaintiff, and muſt be occaſioned by the delay of defendant, *after bail is called for.* If a different practice was allowed, a plaintiff would be tempted to wait a term or longer, and thus enſnare the bail. The Court will always ſtay proceedings, if application be made for that purpoſe, *on the return of the bail bond writ.*

Let the proceedings be ſtayed on payment of coſts.